```
 1   BENJAMIN B. WAGNER
     United States Attorney
 2   KAREN A. ESCOBAR
     Assistant U.S. Attorney
 3   2500 Tulare Street
     Fresno, California 93721
 4   Telephone:  (559) 497-4000

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   1:09CR0339 LJO
                                       )
12                                     )
                                       )
13              Plaintiff,             )
                                       )
14       v.                            )   STIPULATION RE:
                                       )   CONTINUANCE AND
15                                     )   ORDER
                                       )
16                                     )
     MIGUEL GOMEZ-GOMEZ and            )
17   DIOCELINA BUSTOS ABARCA,          )
                                       )
18                                     )
                                       )
19              Defendants.            )
                                       )
20   UNITED STATES OF AMERICA,         )   1:11-CR-0093 LJO
                                       )
21              Plaintiff,             )
                                       )
22           v.                        )
                                       )
23   DIOCELINA BUSTOS ABARCA and       )
     ALEJANDRO URIOSTEGUI-RODRIGUEZ,   )
24                                     )
                Defendants.            )
25   _____)

26        Defendants in the above-captioned matters, by and through

27   their respective attorneys, and the United States of America, by

28   and through its attorneys, BENJAMIN B. WAGNER, United States
```

1

Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney,
hereby enter into the following stipulation:

1.  The parties to the above-captioned matters agree to
vacate the March 12, 2012, status conference and reset the matter
for June 4, 2012, at 8:30 a.m.

2.  The parties stipulate that the continuance is
necessitated by the parties need to conduct further investigation
(based, in part, in on new information communicated by one of the
parties to the government on March 5, 2012) continue plea
negotiations and effectively communicate the government's plea
offers to defendants, who are housed at Lerdo.

3.  The parties stipulate that time is excludable under the
Speedy Trial Act and that the ends of justice served by granting
the requested continuance outweigh the best interests of the
public and the defendant in a speedy trial, in that the failure
to grant the continuance would deny the parties' sufficient
opportunity to conduct further investigation and/or resolve the
matter.

DATED: March 7, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

                                         /s/ James Homola
                                        JAMES HOMOLA
                                        Attorney for Defendant
                                        Miguel Gomez-Gomez

                                         /s/ Peter Jones
                                        PETER JONES
                                        Attorney for Defendant
                                        Diocelina Bustos Abarca

/s/ Barbara O'Neill
                                          BARBARA O'NEILL
                                          Attorney for Defendant
                                          Alejandro Uriostegui-
                                          Rodriguez

                            O  R  D  E  R

       Having read and considered the foregoing stipulation,

       IT IS THE ORDER of the Court that the current hearing date of

March 12, 2012, is hereby vacated and is reset for June 4, 2012,

at 8:30 a.m.

       IT IS FURTHER ORDERED THAT time shall be excluded under the

Speedy Trial Act and that the ends of justice served by granting

the requested continuance outweigh the best interests of the

public and the defendant in a speedy trial, in that the failure

to grant the continuance would deny the parties' sufficient

opportunity to conduct further investigation and/or resolve the

matter.

IT IS SO ORDERED.

**Dated:   March 8, 2012**          _____**/s/ Lawrence J. O'Neill**_____
                                    UNITED STATES DISTRICT JUDGE